NO. 12-08-00462-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




SIMON PROPERTY GROUP

(TEXAS), L.P.,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


RPR CONSTRUCTION, INC.,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Appellant Simon Property Group (Texas), L.P. has filed an unopposed motion to dismiss this
appeal. In its motion, Simon states that the parties have reached an agreement providing, in part, that
Simon will not pursue this case on appeal. Because Simon has met the requirements of Texas Rule
of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. 

Opinion delivered January 30, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.








(PUBLISH)